Joshua Koltun (Bar No. 173040)
Attorney
101 California Street
Suite 2450, No. 500
San Francisco, California 94111
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Peter C. Schechter
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022
Telephone: 212.912.2934
Facsimile: 866.492.3146
pschechter@eapdlaw.com
*Application Pro Hac Vice Pending*

Attorneys for Defendant/Counterclaimant
NEC Electronics Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION USA<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>NEC ELECTRONICS CORPORATION,<br><br>*Defendant/Counterclaimant*. | Case No.: CV 08-1346 PVT<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge: The Honorable Patricia V. Trumbull |

Joshua Koltun ATTORNEY

- 1 -

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other entities

3    (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii)

4    have a non-financial interest in that subject matter or in a party that could be substantially affected by

5    the outcome of this proceeding: (List names and identify their connection and interest).

6        1. Nanya Technology Corporation

7        2. Nanya Technology Corporation USA
         3. NEC Electronics Corporation

8    Dated: March 19, 2008                    /s/_____

9                                              Joshua Koltun

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

Joshua Koltun ATTORNEY

1

2

PROOF OF SERVICE

3

4    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Joshua Koltun, Attorney, 101 California Street, Suite 2450, No. 500, 94111.

5

6    On **March 20, 2008**, I served the following documents:

7

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

8

9

10    I placed a true copy of the document(s) listed above in a separate and sealed envelope for each person listed below, for collection and mailing with postage fully prepaid by following the ordinary business practices of this firm. I am readily familiar with this firm's practice for collecting and

11    processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the

12    United States Postal Service the same day as the correspondence is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage

13    meter date is more than one day after the date of deposit for mailing an affidavit.

14    Alfonso Garcia Chan
Jeffrey R. Bragalone

15    Justin Bryce Kimble
Martin Augustine Pascual

16    Michael W. Shore
Patrick J. Conroy

17    Rajkumar Vinnakota
Shore Chan Bragalone LLP

18    325 No. Saint Paul Street
44th Floor

19    Dallas TX 75201

20    I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

21

22    Executed on **March 20, 2008**, at San Francisco, California.

23

24                    _____/s/_____
                    Joshua Koltun

25

26

27

28

- 3 -

Joshua Koltun ATTORNEY