Joshua Koltun (Bar No. 173040)
Attorney
101 California Street
Suite 2450, No. 500
San Francisco, California  94111
Telephone:  415.680.3410
Facsimile:  866.462.5959
joshua@koltunattorney.com

Peter C. Schechter
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022
Telephone: 212.912.2934
Facsimile: 866.492.3146
pschechter@eapdlaw.com
*Application Pro Hac Vice Made Herein*

Attorneys for Defendant/Counterclaimant
NEC Electronics Corporation

**Filed**

MAR 20 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NANYA TECHNOLOGY CORPORATION
and NANYA TECHNOLOGY
CORPORATION USA

*Plaintiffs/Counter-Defendants,*

v.

NEC ELECTRONICS CORPORATION,

*Defendant/Counterclaimant.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: CV 08-1346 PVT

**APPLICATION FOR ADMISSION OF
ATTORNEY PETER C. SCHECHTER
*PRO HAC VICE***

Judge: The Honorable Patricia V. Trumbull

Filed Herewith: Proposed Order

- 1 -

1          Pursuant to Civil L.R. 11-3, Peter C. Schechter, an active member in good standing of the bar of

2 New York, hereby applies for admission to practice in the Northern District of California on a *pro hac*

3 *vice* basis representing defendant NEC Electronics Corporation in the above-entitled action.

4          In support of this application, I certify on oath that:

5     1.     I am an active member in good standing of the State of New York;

6     2.     I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of

7          the Northern District of California and agree to become familiar with the Alternative

8          Dispute Resolution programs of this Court; and,

9     3.     An attorney who is a member of the bar of this Court in good standing and who maintains

10          an office within the State of California has been designated as co-counsel in the above-

11          entitled action. The name, address and telephone number and other information for that

12          attorney is:

13          Joshua Koltun (Bar No. 173040)
          Attorney

14          101 California Street
          Suite 2450, No. 500

15          San Francisco, California 94111
          Telephone: 415.680.3410

16          Facsimile: 866.462.5959
          joshua@koltunattorney.com

17

18

19          I declare under penalty of perjury that the foregoing is true and correct.

20

21 Dated: Mar. 18, 2008

                                    Peter C. Schechter

22

23

24

25

26

27

28

*Joshua Koltun ATTORNEY*

-2-

On **March 20, 2008**, I served the following documents:

APPLICATION FOR ADMISSION OF PETER C. SCHECHTER PRO HAC VICE

[PROPOSED] ORDER GRANTING ADMISSION OF PETER C. SCHECHTER PRO HAC VICE

I placed a true copy of the document(s) listed above in a separate and sealed envelope for each person listed below, for collection and mailing with postage fully prepaid by following the ordinary business practices of this firm. I am readily familiar with this firm's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as the correspondence is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

Alfonso Garcia Chan
Jeffrey R. Bragalone
Justin Bryce Kimble
Martin Augustine Pascual
Michael W. Shore
Patrick J. Conroy
Rajkumar Vinnakota
Shore Chan Bragalone LLP
325 No. Saint Paul Street
44th Floor
Dallas TX 75201

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on **March 20, 2008**, at San Francisco, California.

Joshua Koltun

- 3 -

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002820
Cashier ID: harwellt
Transaction Date: 03/21/2008
Payer Name: Professional Legal Services

PRO HAC VICE
 For: Peter C. Schechter
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:       $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 4053
 Amt Tendered: $210.00
----------------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:       $0.00

Case # 08-1346-PVT

For Attorney: Peter C. Schechter


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

Joshua Koltun (Bar No. 173040)
Attorney
101 California Street
Suite 2450, No. 500
San Francisco, California 94111
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Peter C. Schechter
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022
Telephone: 212.912.2934
Facsimile: 866.492.3146
pschechter@eapdlaw.com
*Application Pro Hac Vice Made Herein*

Attorneys for Defendant/Counterclaimant
NEC Electronics Corporation

RECEIVED

MAR 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION USA<br><br>*Plaintiffs/Counter-Defendants,*<br><br>v.<br><br>NEC ELECTRONICS CORPORATION,<br><br>*Defendant/Counterclaimant.* | Case No.: CV 08-1346 PVT<br><br>**[PROPOSED] ORDER ADMITTING ATTORNEY PETER C. SCHECHTER *PRO HAC VICE***<br><br>Judge: The Honorable Patricia V. Trumbull |

Joshua Koltun ATTORNEY

- 1 -

1

2       Peter C. Schechter, an active member in good standing of the bar of the State of New York,

3  having applied in the above-entitled action for admission to practice in the United States District

4  Court for the Northern District of California on a *pro hac vice* basis representing Defendant NEC

5  Electronics Corporation,

6       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions

7  of Civil L.R. 11-3.  All papers filed by the attorney shall indicate appearance *pro hac vice*.  Service of

8  papers upon and communication with co-counsel designated in the application shall constitute notice to

9  the party, provided, however, that this Order shall not supercede the rules of this Court regarding

10  electronic service and filing.

11

12  Dated:

13

14                      The Honorable Patricia V. Trumbull

15                      United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Joshua Koltun ATTORNEY

- 2 -