Joshua Koltun (Bar No. 173040)
Attorney
101 California Street
Suite 2450, No. 500
San Francisco, California 94111
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com

Peter C. Schechter
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022
Telephone: 212.912.2934
Facsimile: 866.492.3146
pschechter@eapdlaw.com
*Application Pro Hac Vice Made Herein*

Attorneys for Defendant/Counterclaimant
NEC Electronics Corporation

RECEIVED
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION USA,<br><br>*Plaintiffs/Counter-Defendants,*<br><br>v.<br><br>NEC ELECTRONICS CORPORATION,<br><br>*Defendant/Counterclaimant.* | Case No.: CV 08-1346 PVT<br><br>[PROPOSED] ORDER ADMITTING ATTORNEY PETER C. SCHECHTER *PRO HAC VICE*<br><br>Judge: The Honorable Patricia V. Trumbull |

- 1 -

[PROPOSED] ORDER ADMITTING PETER C. SCHECHTER PRO HAC VICE        CIV. 08 1346 PVT
NYC 296231.1

Peter C. Schechter, an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis representing Defendant NEC Electronics Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party, provided, however, that this Order shall not supercede the rules of this Court regarding electronic service and filing.

Dated: 3/25/08

*[signature]*
The Honorable Patricia V. Trumbull
United States Magistrate Judge

- 2 -

[PROPOSED] ORDER ADMITTING PETER C. SCHECHTER PRO HAC VICE
NYC 296231.1

CIV. 08 1346 PVT

Joshua Koltun ATTORNEY