1  See Signature Page for List of Attorneys for Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION USA | ) ) ) | CASE NO. C 08-01346 PVT |
|---|---|---|
| *Plaintiffs*, | ) ) ) | PLAINTIFFS NANYA TECHNOLOGY CORPORATION AND NANYA TECHNOLOGY CORPORATION USA CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 |
| v. | ) ) ) | |
| NEC ELECTRONICS CORPORATION, | ) ) | |
| *Defendant*. | ) ) | |

      Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnership, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

1.     Nanya Technology Corp., Nanya Technology Corp. U.S.A., NEC Electronics (the parties to this action); and

2.     Formosa Plastics Group, a Taiwanese company, which is the parent corporation of Nanya Technology Corp.

Dated: March 26, 2008            Respectfully Submitted,

                               /s/ Rex Hwang
FLIESLER MEYER LLP
Martin C. Fliesler (SBN 073768)
Rex Hwang (SBN 221079)
Justas Geringson (SBN 240182)
650 California Street, 14th Floor
San Francisco, CA 94111
Telephone:    (415) 362-3800
Facsimile:    (415) 362-2928

Of Counsel:

SHORE CHAN BRAGALONE LLP
Michael W. Shore
Alfonso Garcia Chan
Patrick Conroy
Rajkumar Vinnakota
325 N. St. Paul Street, Suite 4450
Dallas, TX 75201
Telephone: (214) 593-9110
Facsimile: (214) 593-9111
**Attorneys for Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A.**

PLAINTIFFS CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16
CASE NO. 08-01346 PVT                              2