FLIESLER MEYER LLP
Martin C. Fliesler (SBN 073768)
Rex Hwang (SBN 221079)
Justas Geringson (SBN 240182)
650 California Street, 14th Floor
San Francisco, CA 94111
Telephone:  (415) 362-3800
Facsimile:   (415) 362-2928
**Attorneys for Plaintiffs Nanya Technology Corp.
and Nanya Technology Corp. U.S.A.**

Joshua Koltun (Bar No. 173040)
Attorney
101 California Street
Suite 2450, No. 500
San Francisco, California 94111
Telephone: 415.680.3410
Facsimile: 866.462.5959
joshua@koltunattorney.com
**Attorneys for Defendant NEC Electronics Corporation**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION USA<br><br>*Plaintiffs*,<br><br>v.<br><br>NEC ELECTRONICS CORPORATION,<br><br>*Defendant*. | CASE NO.  C 08-01346 PVT<br><br>PLAINTIFFS NANYA TECHNOLOGY CORPORATION AND NANYA TECHNOLOGY CORPORATION USA AND DEFENDANT NEC ELECTRONICS CORPORATION JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Nanya Technology Corporation and Nanya Technology Corporation USA, and Defendant, NEC Electronics Corporation, acting through their undersigned attorneys of record in this action stipulate as follows:

1. That all claims, counterclaims, and/or defenses with respect to U.S. Patent Nos. 5,648,931; 6,133,122; and 5,495,435 shall be dismissed without prejudice from the present action.

2. All parties shall bear their own costs, expense and attorneys' fees.

Respectfully Submitted,

Dated: March 26, 2008                                          Dated: March 26, 2008

By: /s/ Rex Hwang                                              By: /s/ Peter C. Schechter
FLIESLER MEYER LLP                                             EDWARDS ANGELL PALMER & DODGE LLP
Martin C. Fliesler (SBN 073768)                                Peter C. Schechter (*Pro Hac Vice*)
Rex Hwang (SBN 221079)                                         750 Lexington Avenue
Justas Geringson (SBN 240182)                                  New York, NY 10022
650 California Street, 14th Floor                              Telephone: 212.912.2934
San Francisco, CA 94111                                        Facsimile: 866.492.3146
Telephone:   (415) 362-3800                                    pschechter@eapdlaw.com
Facsimile:   (415) 362-2928
                                                               Joshua Kolton (SBN 173040)
Of Counsel:                                                    Attorney
                                                               101 California Street
SHORE CHAN BRAGALONE LLP                                       Suite 2450, No. 500
Michael W. Shore                                               San Francisco, CA 94111
Alfonso Garcia Chan                                            Telephone: (415) 680-3410
Patrick Conroy                                                 Facsimile: (866) 462-5959
Rajkumar Vinnakota                                             Joshua@koltonattorney.com
325 N. St. Paul Street, Suite 4450
Dallas, TX 75201
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

On Behalf of                                                   On Behalf of
**Plaintiffs Nanya Technology Corp.**                          **Defendant NEC Electronics Corporation**
**and Nanya Technology Corp. U.S.A.**

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Peter C. Schechter.

Dated March 26, 2008            FLIESLER MEYER, LLP

                                BY: /s/ Rex Hwang

                                Attorneys for Plaintiff
                                Nanya Technology Corp.
                                and Nanya Technology Corp. U.S.A.

JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
CASE NO. 08-01346 PVT                               2

1
2 **SO ORDERED this ____ day of March, 2008**
3
4                         PATRICIA V. TRUMBULL
                        UNITED STATES MAGISTRATE JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
CASE NO. 08-01346 PVT               3