UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANYA TECHNOLOGY CORP., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>NEC ELECTRONICS CORP.,<br><br>  Defendant. | Case No.: C 08-1346 PVT<br><br>ORDER STAYING CASE; AND SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT" |

On March 27, 2008, the parties filed a stipulation to dismiss certain claims as well as a stipulation to stay the case.[1] Based on the stipulations and the file herein,

IT IS HEREBY ORDERED that, except as ordered herein, this entire case is STAYED pending the reexamination by the United States Patent and Trademark Office of U.S. Patent 5,517,456, U.S. Patent 6,610,597 and U.S. Reissue Patent 36203. This order is without prejudice to any party filing a noticed motion to lift the stay before completion of the reexaminations, if events occurring after entry of this order warrant lifting the stay.

IT IS FURTHER ORDERED that the parties shall file a joint status report every 90 days stating whether or not the three reexaminations referenced above have been completed.

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

IT IS FURTHER ORDERED that, within 30 days after the final conclusion of all three reexaminations, the parties shall meet and confer and shall submit to the court a joint statement setting forth the parties' joint or respective proposals for an updated schedule for the remainder of the case.

IT IS FURTHER ORDERED that no later than April 7, 2008, the parties shall each file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."[2]  Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated: *3/28/08*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2]  Magistrate Judges only have authority to issue dispositive orders, such as the stipulated order of partial dismissal submitted by the parties, in cases where all parties have consented to Magistrate Judge jurisdiction.  *See* 28 U.S.C. § 636(c)(1).