1  See Signature Page for List of Attorneys for Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION USA**<br><br>    Plaintiffs,<br><br>v.<br><br>**NEC ELECTRONICS CORPORATION,**<br><br>    Defendant. | **CASE NO.  C 08-01346 PVT**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  April 1, 2008             Respectfully Submitted,


             /s/ Rex Hwang
             FLIESLER MEYER LLP
             Martin C. Fliesler (SBN 073768)
             Rex Hwang (SBN 221079)
             Justas Geringson (SBN 240182)
             650 California Street, 14th Floor

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
CASE NO. 08-01346 PVT                        1

1  San Francisco, CA 94111
   Telephone:  (415) 362-3800
   Facsimile:  (415) 362-2928

2  Of Counsel:

3  **SHORE CHAN BRAGALONE LLP**
   Michael W. Shore
4  Alfonso Garcia Chan
   Patrick Conroy
5  Rajkumar Vinnakota
   325 N. St. Paul Street, Suite 4450
6  Dallas, TX 75201
   Telephone: (214) 593-9110
7  Facsimile: (214) 593-9111
   **Attorneys for Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A.**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
CASE NO. 08-01346 PVT                    2