1 | See Signature Page for List of Attorneys for Defendant NEC Electronics Corp. and Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION USA** ) ) ) | **CASE NO.  C 08-01346 JSW** ) **JOINT STATUS REPORT** |
| *Plaintiffs*, ) ) | |
| **v.** ) ) | |
| **NEC ELECTRONICS CORPORATION,** ) ) | |
| *Defendant*. ) ) | |

Pursuant to the Court's Order entered March 28, 2008 in this case (Dkt. #9), Plaintiffs Nanya Technology Corporation and Nanya Technology Corporation USA ("Plaintiffs") and Defendant NEC Electronics Corporation ("Defendant") advise the Court that the reexaminations of U.S. Patent 5,517,456 ("456 Patent"); U.S. Patent 6,610,597 ("597 Patent") and U.S. Reissue Patent 36203 ("203 Reissue Patent") have not yet been completed by the United States Patent and Trademark Office.  *See* Exhibit A.

Furthermore, on April 10, 2008, the United States Patent and Trademark Office further ordered the *ex parte* Reexamination of the '956 Patent.  Consequently, the parties have filed an amended stipulation concurrently with this Joint Status Report to have this case stayed until the conclusion of all of the reexaminations set for the above, including the Reexamination of the '956 Patent.

JOINT STATUS REPORT
CASE NO. 08-01346  JSW                                    1

Respectfully Submitted,

Dated: June 30, 2008                                    Dated: June 30, 2008


By: /s/ Rex Hwang                                       By:    /s/ Joshua Koltun
FLIESLER MEYER LLP                                      JOSHUA KOLTUN (SBN 173040)
Martin C. Fliesler (SBN 073768)                         101 California Street
Rex Hwang (SBN 221079)                                  Suite 2450, No. 500
Justas Geringson (SBN 240182)                           San Francisco, CA 94111
650 California Street, 14th Floor                       Telephone: (415) 680-3510
San Francisco, CA 94111                                 Facsimile: (415) 462-5959
Telephone:    (415) 362-3800                            Email: joshua@koltunattorney.com
Facsimile:    (415) 362-2928

                                                        EDWARDS ANGELL PALMER & DODGE LLP
                                                        Peter C. Schechter (*Pro Hac Vice*)
Of Counsel:                                             750 Lexington Avenue
                                                        New York, NY 10022
SHORE CHAN BRAGALONE LLP                                Telephone: (212) 912-2934
Michael W. Shore                                        Facsimile: (866) 492-3146
Alfonso Garcia Chan                                     Email: pschechter@eapdlaw.com
Patrick Conroy
Rajkumar Vinnakota
325 N. St. Paul Street, Suite 4450
Dallas, TX 75201
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

On Behalf of                                            On Behalf of
**Plaintiffs Nanya Technology Corp.**                   **Defendant NEC Electronics Corporation**
**and Nanya Technology Corp. U.S.A.**

### DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Joshua Koltun.

Dated: June 30, 2008             FLIESLER MEYER, LLP

                                 BY:    /s/ Rex Hwang

                                 Attorneys for Plaintiff
                                 Nanya Technology Corp.
                                 and Nanya Technology Corp. U.S.A.

JOINT STATUS REPORT
CASE NO. 08-01346 JSW                    2

# EXHIBIT A

**NECEL REEXAMINATION CASES**

| PATENT NO. | APPLICATION NO. | STATUS | MATTER NO. |
|---|---|---|---|
| '956 | 90/009,033 | IDS filed 4/14/08<br>PTO Order Granting Reexamination 4/10/08<br>Awaiting first Office Action | 81395 |
| '435 | 90/008,999 | IDS filed 4/14/08<br>PTO Order Granting Reexamination 3/11/08.<br>Non-Final First Office Action mailed by the USPTO on June 24, 2008, wherein claims 1 and 3-6 were rejected under 35 U.S.C. § 102(b).  Claims 1 and 3-5 were also rejected under 35 U.S.C. § 103(a). | 81394 |
| '931 | 90/008,911 | IDS filed 4/14/08<br>PTO Order Granting Reexamination 1/14/08<br>Awaiting first Office Action | 80725 |
| '122 | 90/008,912 | IDS filed 4/14/08<br>PTO Order Granting Reexamination 12/19/07<br>Awaiting first Office Action | 80724 |
| '597 | 90/008,914 | IDS filed 5/7/08<br>PTO Order Granting Reexamination 12/19/07<br>Awaiting first Office Action | 80722 |
| '203 | 90/008,962 | IDS Filed 4/14/08<br>PTO Order Granting Reexamination 3/4/08<br>Awaiting first Office Action | 80803 |
| '456 | 90/008,940 | IDS filed 4/14/08<br>PTO Order Granting Reexamination 2/8/08<br>Awaiting first Office Action | 80723 |

DC 243697.1