See Signature Page for List of Attorneys for Defendant NEC Electronics Corp. and Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NANYA TECHNOLOGY CORPORATION and NANYA TECHNOLOGY CORPORATION USA<br><br>*Plaintiffs*,<br><br>v.<br><br>NEC ELECTRONICS CORPORATION,<br><br>*Defendant*. | CASE NO. C 08-01346 JSW<br><br>AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING REEXAMINATION |

WHEREAS, Plaintiffs Nanya Technology Corporation and Nanya Technology Corporation USA ("Plaintiffs") have sought a declaratory judgment against Defendant NEC Electronics Corporation ("Defendant") of non-infringement and invalidity of U.S. Patent 4,855,956 ("956 Patent"); U.S. Patent 5,517,456 ("456 Patent"); U.S. Patent 5,648,931 ("931 Patent"); U.S. Patent 6,133,122 ("122 Patent"); U.S. Patent 5,495,435 ("435 Patent"); U.S. Patent 6,610,597 ("597 Patent") and U.S. Reissue Patent 36203 ("203 Reissue Patent").

WHEREAS, on March 28, 2008, this Court ORDERED this case STAYED pending the reexamination by the United States Patent and Trademark Office of U.S. Patent 5,517,456, U.S. Patent 6,610,597 and U.S. Reissue Patent 36,203.

WHEREAS subsequent to the March 28, 2008 Order to stay this matter, the United States Patent and Trademark Office further ordered the *ex parte* Reexamination of the '956 Patent on

April 10, 2008.

WHEREAS Plaintiffs and Defendant agree that a stay of the proceeding of this case pending the Reexaminations of the '456 Patent, '597 Patent, '956 Patent and '203 Reissue Patent ("the Reexaminations") would conserve judicial and party resources, and narrow and simplify issues for discovery and trial.

WHEREAS, Plaintiffs and Defendant agree that the agreement by the Parties to stay this case will not prejudice any claim or defense of either party.

WHEREAS, Plaintiff and Defendant agree that, upon final conclusion of the Reexaminations, the Parties should meet and confer to discuss an updated schedule for the remainder of the case, and that the discovery and disclosures heretofore made and conducted should be preserved and applied to the remainder of the case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

i) The proceedings of this case should be stayed until the conclusion of all of the Reexaminations set forth above, including the '956 Patent;

ii) The Court should retain jurisdiction over the Parties and remaining issues of this case, and that the case should not be dismissed or closed, during the pendency of the Reexaminations set forth above, except as set forth in the stipulated request for dismissal of certain claims, counterclaims and defenses without prejudice, which will be submitted concurrently with this stipulation;

iii) The agreement by the Parties to stay this case will not prejudice any claim or defense of either party; and

iv) Within 30 days of the final conclusion of the Reexaminations, Plaintiffs and Defendant should meet and confer to discuss an updated schedule for the remainder of the case.

Respectfully Submitted,

Dated: June 30, 2008                           Dated: June 30, 2008

By: /s/ Rex Hwang_____          By: ___/s/ Joshua Koltun_____
FLIESLER MEYER LLP                              ATTORNEY
Martin C. Fliesler (SBN 073768)                 101 California Street
Rex Hwang (SBN 221079)                          Suite 2450, No. 500
Justas Geringson (SBN 240182)                   San Francisco, CA 94111
650 California Street, 14th Floor               Telephone: (415) 680-3410
San Francisco, CA 94111                         Facsimile: (866) 462-5959
Telephone:    (415) 362-3800                    Email: Joshua@koltunattorney.com
Facsimile:    (415) 362-2928

                                                EDWARDS ANGELL PALMER & DODGE LLP
Of Counsel:                                     Peter C. Schechter *(Pro Hac Vice)*
                                                750 Lexington Avenue
SHORE CHAN BRAGALONE LLP                        New York, NY 10022
Michael W. Shore                                Telephone: (212) 912-2934
Alfonso Garcia Chan                             Facsimile: (866) 492-3146
Patrick Conroy                                  Email: pschechter@eapdlaw.com
Rajkumar Vinnakota
325 N. St. Paul Street, Suite 4450
Dallas, TX 75201
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

On Behalf of                                    On Behalf of
**Plaintiffs Nanya Technology Corp.**           **Defendant NEC Electronics Corporation**
**and Nanya Technology Corp. U.S.A.**

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Joshua Koltun.

Dated: June 30, 2008          FLIESLER MEYER, LLP

                              BY: ___/s/ Rex Hwang_____

                              Attorneys for Plaintiff
                              Nanya Technology Corp.
                              and Nanya Technology Corp. U.S.A.

AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE
PENDING REEXAMINATION
CASE NO. 08-01346 JSW                    3

1  **SO ORDERED this \_\_\_\_ day of June, 2008**

2

3                                                                             JEFFREY S. WHITE
                                                                               UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE
PENDING REEXAMINATION
CASE NO. 08-01346 JSW                    4